## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gior G.P., Inc., the General Partner of and trading as Gior, LP, Piers 36-39 North Management Reef, Inc., the General Partner of and trading as Isle of Capri Associates Reef, LP, | : : : : : | |
| Appellants | : | |
| | : | |
| v. | : | No. 805 C.D. 2017 |
| | : | |
| Waterfront Square Reef, LLC, Waterfront Square Condominium Association, GH Property Management, LLC | : : : : | |
| | : | |
| v. | : | |
| | : | |
| Isle Capri Associations, LP | : | |

**PER CURIAM**           **O R D E R**

NOW, March 6, 2019, having considered appellants' application for reargument and appellees' answer in response thereto, the application is denied.